Florence BERRY et al. v. MID–CONTINENT PETROLEUM CORPORATION.

No. 4484.

United States Court of Appeals
Tenth Circuit.

June 9, 1952.

Charles N. Berry, Jr., Oklahoma City, Okl., for appellants.

R. H. Wills and J. P. Greve, Tulsa, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 9, 1952, on motion of appellee, on ground that notice of appeal was not filed within time.